UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>                    Plaintiff,      )<br>                                                        )<br>             v.                               )<br>                                                        )<br>BETHANY COSTA (3),             )<br>                                                        )<br>                    Defendant.  )<br>                                                        )<br>_____ ) | Case No. 12CR3847-03-IEG<br><br>**ORDER OF DISMISSAL OF INDICTMENT AS TO DEFENDANT BETHANY COSTA AND JUDGMENT** |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-3847 as to defendant BETHANY COSTA be dismissed without prejudice.

**DATED: July 11, 2013**

_____
**IRMA E. GONZALEZ**
**United States District Judge**